

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00222-CR

DON ERIC WOLTERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 25,203-B, Honorable John B. Board, Presiding

December 11, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

The court abated the appeal of appellant Don Eric Wolters and remanded the cause to the trial court on November 20, 2015. On December 8, appellant filed a motion to dismiss the appeal. We therefore dissolve the abatement, reinstate the appeal, and consider appellant's motion. Appellant and his attorney have signed the motion to dismiss. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.